Monday, October 17, 1988

## MOTION DOCKET

**86-1118.** State v. Stumpf. *Guernsey County,* Nos. CA-760 and CA-793. Reported at 32 Ohio St. 3d 95, 512 N.E. 2d 598.

Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Guernsey County Common Pleas Court, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective October 14, 1988.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**88-1761.** Davidson v. London Bd. of Zoning Appeals. *Madison County,* No. 88CA-02-003. On motion for stay. Motion denied, effective October 11, 1988.

Sweeney and H. Brown, JJ., dissent.

Wright, J., not participating.

**88-1791.** State, ex rel. Eberling, v. Nugent. In Prohibition. On motion for stay. Motion denied, effective October 14, 1988.

Sweeney, J., dissents.

Locher, J., not participating.

Wednesday, October 26, 1988

## MERIT DOCKET

**88-1263.** McDonald Equipment Co. v. Jess Howard Electric Co. *Lake County,* No. 12-144. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

On motion for leave to file memorandum in support instanter. Motion denied.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1360.** McVetta v. Alexander. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1537.** State, ex rel. Buerger, v. Disciplinary Counsel. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1544.** State, ex rel. Scott, v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1545.** Jefferson v. Morris. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1559.** Brown v. Franklin County Prosecutor. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1571.** State, ex rel. Wagner, v. McManamon. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1602.** State, ex rel. Crim, v. State. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.